922 F.2d 830
 Commonwealth of Pennsylvania, Guardians of Greater
Pittsburgh, Inc., National Association for Advancement of
Colored People - Pittsburgh Branch, National Organization
for Women - Southwestern Pennsylvania Council of Chapters,
Allen (Donald), Ashe (Benjamin), Aziz (Jerome), Hurt
(Richard), Kinsel (Adam), Scott (Lynnwood), Stewart
(Richard), Doyle (J. Terese), Edmonds (Cheryl), Mitchum
(Rose), Robinson (Linda), Rowe (Joanne), Smith (Deborah),
Vanda (Gloria), Adams
 NO. 90-3411
 United States Court of Appeals,
Third Circuit.
 DEC 13, 1990
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.